No. 143. CROW ET AL., CONSTITUTING THE ARKANSAS STATE BOARD OF CHIROPRACTIC EXAMINERS, ET AL. *v.*

608

STROUD ET AL.

October 14, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Dent* v. *West Virginia,* 129 U. S. 114, 121–124; *Watson* v. *Maryland,* 218 U. S. 173, 176–177; *Collins* v. *Texas,* 223 U. S. 288, 294–297. *Mr. Edward H. Coulter* for appellants.